IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| YOUNG YIL JO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV333 |
| | ) | |
| v. | ) | |
| | ) | |
| SIX UNKNOWN NAMES AGENTS, | ) | MEMORANDUM AND ORDER |
| and BARACK OBAMA, Mr. | ) | |
| President of the United | ) | |
| States, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      This matter is before the Court on its own motion. On October 25, 2012, the Court entered a Memorandum and Order requiring plaintiff to either pay the $350.00 filing fee or submit a motion for leave to proceed in forma pauperis (Filing No. 4). The Court cautioned plaintiff that, even if he was permitted to proceed in forma pauperis, he would still be required to pay the entire $350.00 filing fee. However, he would be allowed to pay the filing fee in installments in accordance with 28 U.S.C. § 1915. (*Id*.)

      Plaintiff's response, when liberally construed, requests to proceed in forma pauperis (Filing No. 5). However, plaintiff did not submit a certified trust account statement with his request. The clerk of the court attempted to obtain this information directly from plaintiff's institution, but the institution advised the clerk of the court that the inmate is responsible for obtaining and submitting his trust account

information to the Court.  (*See* Docket Sheet, November 19, 2012, Public Remark.)  The Court can take no action in this matter until plaintiff either submits the $350.00 filing fee or a certified trust account statement.  Because this matter has been pending for nearly three months, plaintiff shall have until January 4, 2013, to either pay the entire $350.00 filing fee or submit a certified trust account statement.  In the event that plaintiff fails to comply with this Memorandum and Order, this matter will be dismissed without prejudice and without further notice.

       IT IS ORDERED:

       1.   Plaintiff shall have until **January 4, 2013**, to pay the entire $350.00 filing fee or submit a certified trust account statement in support of his Motion to Proceed In Forma Pauperis.  In the event that plaintiff fails to comply with this Memorandum and Order, this matter will be dismissed without prejudice and without further notice.

       2.   The clerk of the court is directed to set a pro se case management deadline in this matter with the following text:

January 4, 2013: Check for institutional trust account statement.

DATED this 6th day of December, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.