IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
YOUNG YIL JO,                    )
                                 )
            Plaintiff,           )      8:12CV333
                                 )
      v.                         )
                                 )
SIX UNKNOWN NAMES AGENTS,        )      MEMORANDUM OPINION
and BARACK OBAMA, Mr.            )
President of the United          )
States,                          )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on its own motion. On September 25, 2012, the Court entered a Memorandum and Order requiring plaintiff to either pay the $350.00 filing fee or submit a motion for leave to proceed in forma pauperis (Filing No. 4). The Court cautioned plaintiff that, even if he was permitted to proceed in forma pauperis, he would still be required to pay the entire $350.00 filing fee. However, he would be allowed to pay the filing fee in installments in accordance with 28 U.S.C. § 1915. (*Id*.)

On October 25, 2012, plaintiff filed a response that, when liberally construed, contains a request for leave to proceed in forma pauperis (Filing No. 5.) However, plaintiff did not submit a certified trust account statement with his response. The clerk of the court attempted to obtain this information directly from plaintiff's institution, but the institution advised the clerk that the inmate is responsible for obtaining

and submitting his trust account information to the Court.  (*See* Docket Sheet, November 19, 2012, Public Remark.)  Because the Court could take no action in this matter until plaintiff either submitted the $350.00 filing fee or a certified trust account statement, it gave plaintiff until January 4, 2013, to either pay the entire $350.00 filing fee or submit a certified trust account statement (Filing No. 8).  The Court warned plaintiff that if he failed to take either action, this matter would "be dismissed without prejudice and without further notice."  (*Id.*)

Plaintiff has not paid the filing fee and has not submitted a certified trust account statement.  (*See* Docket Sheet.)  Accordingly, this matter will be dismissed.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 9th day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

---

* This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.